IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUONG NGUYEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 16-0127-CG-N |
| | ) |
| MASTER KINGSTON, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties having filed an Amended Joint Stipulation of Dismissal (Doc. 40), all claims in this cause are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his or its own costs.

**DONE and ORDERED** this 11th day of January, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE